# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER: Circuit Rule 33

June 25, 2026

*By the Court*:

| | |
|---|---|
| No. 26-1831 | SHIRAN CANEL,<br>  Plaintiff - Appellant<br><br>v.<br><br>ART INSTITUTE OF CHICAGO and SANDIE YI,<br>  Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:23-cv-17064 |
| Northern District of Illinois, Eastern Division |
| District Judge Georgia N. Alexakis |

Pursuant to Circuit Rule 33, briefing in this appeal is **SUSPENDED** pending further court order.

form name: **c7_Order_CR33**    (form ID: **186**)